UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EUNICE CALEGARI

                         Plaintiff,

                                                              Civ. No: 1:16-cv-8799

      -against-

ANDREW COGAN and LORI FINKEL

                        Defendant.
------------------------------------------------------------------X


## NOTICE OF APPEARANCE


      Please enter the appearance of Aliaksandra Ramanenka of Giskan Solotaroff & Anderson LLP as attorney on behalf of the plaintiff Eunice Calegari in the above captioned matter. I was admitted to practice in this District on January 8, 2016.


   Dated:    New York, New York
                 November 14, 2016

                                                      GISKAN SOLOTAROFF & ANDERSON LLP

                                                        By: _____/s/_____
                                                          Aliaksandra Ramanenka
                                                         11 Broadway, Suite 2150
                                                         New York, New York 10004
                                                         (646) 964-9609
                                                         aramanenka@gslawny.com